**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RICHARD DAVID RODRIGUEZ,

                Plaintiff,

                                                                  No. 1:18-cv-988-KRS

v.

NANCY A. BERRYHILL,
Deputy Commissioner for Operations
of Social Security Administration,

                Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* following a review of the record in the above-titled cause. Having so reviewed, the Court finds that on January 11, 2019, Defendant filed a Motion to Dismiss for lack of jurisdiction (Doc. 17). To date, however, Plaintiff has not responded to the motion.

**IT IS, THEREFORE, ORDERED** that **on or before February 21, 2019,** Plaintiff shall file a response to this order showing cause as to why this case should not be dismissed. Plaintiff is hereby notified that failure to respond to this order may result in the dismissal of this action without prejudice and without further notice.

                                                                  _____
                                                                  UNITED STATES MAGISTRATE JUDGE