# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**RICHARD DAVID RODRIGUEZ,**

    **Plaintiff,**

v.                                                                                            No. 1:18-cv-00988-KRS

**ANDREW SAUL,**
**Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

Pursuant to Defendant's Motion to Expunge All Copies of the Administrative Record and the Defendant's Motion to Seal the Supplemental Administrative Record, **IT IS HEREBY ORDERED** that:

1. All copies of the Certified Administrative Record filed on June 24, 2019 (ECF No. 25) in the possession of the Plaintiff, the Assistant United States Attorney, and the agency attorney assigned to this case will be destroyed.

2. All hard copies and electronic copies of the Certified Administrative Record filed on June 24, 2019 (ECF No. 25) will be destroyed by the Court, including the documents available via the CM/ECF system.

3. The Commissioner will file a Supplemental Certified Administrative Record with appropriate redactions. The Supplemental Certified Administrative Record will reflect that Pages 518-46 pertained to an individual other than the Plaintiff and were removed. Pages 518-46

in the Certified Administrative Record filed on June 24, 2019 (ECF No. 25) will not be disclosed to anyone.

4. The Supplemental Certified Administrative Record will be lodged under permanent seal, allowing only the Court and the case participants access.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE