**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RICHARD DAVID RODRIGUEZ,

    Plaintiff,

vs.                                                       No. 1:18-CV-00988-KRS

ANDREW SAUL, Commissioner of
Social Security,

    Defendant.

## **JUDGMENT**

Having denied Plaintiff's "Order Setting Briefing Scedule [*sic*]," which the Court construes as a motion to reverse/remand the determination of the Commissioner of the Social Security Administration (Doc. 28), in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff and in favor of the Commissioner.

_____
**KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE**